**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

Case No.: 26−42787 − MAB
Chapter: 7

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Craig T. Stacey

2931 Highwood Drive
Chanhassen, MN 55317

Social security/Taxpayer ID/Employer
ID/Other Nos.: xxx−xx−7717

Nora L. Stacey

2931 Highwood Drive
Chanhassen, MN 55317

Social security/Taxpayer ID/Employer
ID/Other Nos.: xxx−xx−3971

---

## NOTICE TO FILE CLAIMS

The initial notice in this case instructed creditors that is was not necessary to file a proof of claim. Since that notice was sent, payment of a dividend appears possible in this case. Accordingly, pursuant to Bankruptcy Rule 3002(c)(5), creditors are hereby notified that proofs of claim must be filed by 2/12/2027, or, for governmental units, within 180 days from the date of the Order for Relief or 2/12/2027, whichever is later.

A Proof of Claim form ("Official Form B410") can be obtained from the United States Courts' website https://www.uscourts.gov. Form B410 may be filed by regular mail or electronically on the Minnesota Bankruptcy Court's website https://www.mnb.uscourts.gov.

There is no fee for filing the proof of claim.

Dated: 11/10/26

Tricia Pepin
Clerk, U.S. Bankruptcy Court
301 Diana E. Murphy United States Courthouse
300 Sourth Fourth Street
Minneapolis, MN 55415

BY: admin
Deputy Clerk

mnbflclm 4/26

United States Bankruptcy Court

District of Minnesota

In re: Case No. 26-42787-MAB
Craig T. Stacey Chapter 7
Nora L. Stacey
Debtors

# CERTIFICATE OF NOTICE

District/off: 0864-4 User: admin Page 1 of 2
Date Rcvd: Nov 10, 2026 Form ID: mnbflclm Total Noticed: 13

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Craig T. Stacey, Nora L. Stacey, 2931 Highwood Drive, Chanhassen, MN 55317-4437 |
| 63732418 | + | Discover Bank, 6681 Country Club Drive, Minneapolis, MN 55427-4601 |
| 63732423 | + | Ridgeview Medical-Patient Financial Services, 500 S. Maple Street, Waconia, MN 55387-1791 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 63732415 | | Email/PDF: bncnotices@becket-lee.com | Nov 10 2026 21:10:36 | American Express Customer Service, PO Box 981535, El Paso, TX 79998-1535 |
| 63732416 | | Email/PDF: bncnotices@becket-lee.com | Nov 10 2026 21:10:35 | American Express-Business Line, PO Box 981535, El Paso, TX 79998-1535 |
| 63732417 | | EDI: JPMORGANCHASE | Nov 11 2026 01:46:00 | Chase Card Services, PO Box 15548, Wilmington, DE 19886-5548 |
| 63732420 | + | EDI: PHINAMERI.COM | Nov 11 2026 01:46:00 | GM Financial, PO Box 650595, Dallas, TX 75265-0595 |
| 63732421 | | EDI: IRS.COM | Nov 11 2026 01:46:00 | I.R.S., PO Box 7317, Philadelphia, PA 19101-7317 |
| 63732422 | + | EDI: MINNDEPREV.COM | Nov 11 2026 01:46:00 | Minnesota Department of Revenue, 600 N. Robert Street, Saint Paul, MN 55146-0010 |
| 63732424 | | Email/Text: mtgbk@shellpointmtg.com | Nov 10 2026 21:08:00 | Shellpoint, PO Box 10826, Greenville, SC 29603-0826 |
| 63732425 | | EDI: SYNC | Nov 11 2026 01:46:00 | Synchrony Bank, PO Box 71754, Philadelphia, PA 19176-1754 |
| 63732419 | | EDI: USBANKARS.COM | Nov 11 2026 01:46:00 | Elan Financial Services, PO Box 790408, St. Louis, MO 63179-0408 |
| 63732426 | | EDI: WFCCSBK | Nov 11 2026 01:46:00 | Wells Fargo Card Services, PO Box 77053, Minneapolis, MN 55480-7753 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Federal Home Loan Mortgage Corporation, as Trustee |
| 63732437 | * | American Express Customer Service, PO Box 981535, El Paso, TX 79998-1535 |
| 63732438 | * | American Express-Business Line, PO Box 981535, El Paso, TX 79998-1535 |

| | | |
|---|---|---|
| 63732439 | * | Chase Card Services, PO Box 15548, Wilmington, DE 19886-5548 |
| 63732440 | *+ | Discover Bank, 6681 Country Club Drive, Minneapolis, MN 55427-4601 |
| 63732442 | *+ | GM Financial, PO Box 650595, Dallas, TX 75265-0595 |
| 63732443 | * | I.R.S., PO Box 7317, Philadelphia, PA 19101-7317 |
| 63732444 | *+ | Minnesota Department of Revenue, 600 N. Robert Street, Saint Paul, MN 55146-0010 |
| 63732445 | *+ | Ridgeview Medical-Patient Financial Services, 500 S. Maple Street, Waconia, MN 55387-1791 |
| 63732446 | * | Shellpoint, PO Box 10826, Greenville, SC 29603-0826 |
| 63732447 | * | Synchrony Bank, PO Box 71754, Philadelphia, PA 19176-1754 |
| 63732441 | *P++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229, address filed with court:, Elan Financial Services, PO Box 790408, St. Louis, MO 63179-0408 |
| 63732448 | * | Wells Fargo Card Services, PO Box 77053, Minneapolis, MN 55480-7753 |

TOTAL: 1 Undeliverable, 12 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David C. Olson | on behalf of Debtor 1 Craig T. Stacey olsond@landolaw.com daviesw@landolaw.com;batran@landolaw.com;G29470@notify.cincompass.com |
| David C. Olson | on behalf of Debtor 2 Nora L. Stacey olsond@landolaw.com daviesw@landolaw.com;batran@landolaw.com;G29470@notify.cincompass.com |
| Patti J. Sullivan | on behalf of Trustee Patti J. Sullivan patti@pattisullivan.com mn11@ecfcbis.com |
| Patti J. Sullivan | patti@pattisullivan.com mn11@ecfcbis.com |
| US Trustee | ustpregion12.mn.ecf@usdoj.gov |
| William M. Hennessey | on behalf of Interested Party Federal Home Loan Mortgage Corporation as Trustee for Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2024-1 logsecf@logs.com |

TOTAL: 6